IN THE SUPREME COURT OF THE STATE OF NEVADA

NONA TOBIN,
Petitioner,
vs.
NEVADA COMMISSION ON JUDICIAL
DISCIPLINE; ASSOCIATE GENERAL
COUNSEL DOMINIKA J. BATTEN; THE
OFFICE OF BAR COUNSEL OF THE
STATE BAR OF NEVADA; ASSISTANT
BAR COUNSEL PHILLIP J. PATTEE;
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JESSICA K.
PETERSON, DISTRICT JUDGE,
Respondents.

No. 84371

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for writs of mandamus challenges letters of dismissal from the Nevada Commission on Judicial Discipline and the State Bar of Nevada. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and

that this court has sole discretion in determining whether to entertain a writ petition). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Silver

_____ Sr.J.
Gibbons

cc:  Hon. Jessica K. Peterson, District Judge
     Nona Tobin
     Nevada Commission on Judicial Discipline
     State Bar of Nevada/Las Vegas
     Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.